(128 So. 918)
Roy KENNEDY v. CITY OF HUNTSVILLE.
8 Div. 23.

Court of Appeals of Alabama.
May 22, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

(125 So. 923)
Oscar KENNINGTON v. STATE. (5 Div. 776.)

Court of Appeals of Alabama. Dec. 17, 1929.

RICE, J. Reversed and remanded.

(127 So. 923)
Elbert KEY v. STATE.
4 Div. 491.

Court of Appeals of Alabama.
April 8, 1930.

SAMFORD, J.
Affirmed.

(119 So. 923)
Stonewall KIMBROUGH v. STATE.
(6 Div. 406.)

Court of Appeals of Alabama. Dec. 11, 1928.

RICE, J. Appeal dismissed.

(122 So. 924)
Carroll KNIGHT v. STATE. (8 Div. 834.)

Court of Appeals of Alabama. April 16, 1929.

Rehearing Denied May 7, 1929.

O. M. Rains, of Scottsboro, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The facts adduced upon the trial of this case in the court below presented a jury question. The court properly so held by refusing to defendant the general affirmative charge requested in writing.

Appellant was convicted for distilling, etc., prohibited liquors and for the possession of a still to be used for that purpose. No erroneous ruling of the court appears, and under all the facts we will not disturb the action of the court in overruling motion for a new trial.

Affirmed.

(119 So. 923)
Lee KNIGHT v. STATE. (5 Div. 728.)

Court of Appeals of Alabama. Dec. 11, 1928.

SAMFORD, J. Appeal dismissed.

(121 So. 923)
Arthur KNOWLES and Bob Summerville v. STATE. (7 Div. 478, 479.)

Court of Appeals of Alabama. Feb. 26, 1929.

Rehearing Denied March 26, 1929.

J. W. Vandiver, of Talladega, and Frank B. Embry, of Pell City, for appellants.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.